S. LANE TUCKER
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: carly.vosacek@usdoj.gov

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAHZEL TOMMER DANCY AND ANTONIO LAWANTEUS REED<br><br>Defendants. | No. 4:23-cr-00012-RRB-SAO<br><br><u>COUNT 1</u><br>POSSESSION OF A STOLEN FIREARM<br>Vio. of 18 U.S.C. §§ 922(j) and 924(a)(2)<br><br><u>COUNT 2</u><br>FELON IN POSSESSION OF A FIREARM<br>Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br><br><u>COUNT 3</u><br>FELON IN POSSESSION OF A FIREARM<br>Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br><br><u>CRIMINAL FORFEITURE ALLEGATION</u><br>18 U.S.C. §§ 924(d) and 28 U.S.C. §§ 2461(c), and Rule 32.2(a), Fed. R. Crim. P. |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about July 1, 2022, October 4, 2022, and October 21, 2022, within the District of Alaska, the defendant, RAHZEL TOMMER DANCY, did knowingly possess, conceal, and dispose of a stolen firearm that had been shipped and transported in interstate and foreign commerce, to wit: a Ruger SP 101 .357 magnum revolver, while knowing and having reasonable cause to believe that the said firearm was stolen.

All of which is in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

## COUNT 2

On or about July 1, 2022, October 4, 2022, and October 21, 2022, within the District of Alaska, the defendant, RAHZEL TOMMER DANCY, knowing that he had previously been convicted by any court of the following crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: one Ruger SP 101 .357 magnum revolver.

## Conviction

| Conviction Date | Offense | Court | Case No |
|---|---|---|---|
| June 10, 2022 | MISCONDUCT INVOLVING WEAPONS IN THE FIRST DEGREE | State of Alaska | 4FA-21-01911CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

<u>COUNT 3</u>

On or about September 19, 2022, within the District of Alaska, the defendant, ANTONIO LAWANTEUS REED, knowing that he had previously been convicted by any court of the following crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Ruger AR-556 Pistol.

<u>Conviction</u>

| Conviction Date | Offense | Court | Case No |
|---|---|---|---|
| January 18, 2022 | ROBBERY IN THE SECOND DEGREE | State of Alaska | 4fa-21-01956CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

<u>CRIMINAL FORFEITURE ALLEGATION</u>

The allegations contained in Counts 2 and 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. §§ 924(d) and 28 U.S.C. §§ 2461(c).

Pursuant to 18 U.S.C. §§ 924(d), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), or 924(c)(1)(A)(i), defendants, RAHZEL TOMMER DANCY and ANTONIO LAWANTEUS REED, shall forfeit to the United States any firearm or ammunition involved in or used in knowing violation of the offense, including but not limited to: a Ruger SP 101 .357 magnum revolver with serial number 576-01099.

All of which is in violation of 18 U.S.C. §§ 924(d) and 28 U.S.C. §§ 2461(c), and

Rule 32.2(a), Fed. R. Crim. P.


A TRUE BILL


s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Carly Vosacek
CARLY VOSACEK
Assistant U.S. Attorney
United States of America


s/ Kate Vogel for
S. LANE TUCKER
United States Attorney


DATE: 5/16/2023